**No. 60055.**—Frederick F. Straus and Perryman, Mojonier Company *v.* United States, protests 222799–K and 222800–K (Los Angeles).

Opinion by DONLON, J.   When the protests were called for trial, plaintiffs' counsel stated that he "can get a witness but I don't know how competent he is" and requested continuance in order to obtain "permission for my dropping the case."   No evidence having been introduced and plaintiffs not having overcome

the presumption of correctness attaching to the collector's action, the protests were overruled.